**Dismiss and Opinion Filed July 17, 2013.**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-13-00945-CR**

_____

**STEVEN GARRETT STONE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-82000-2011**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Evans
Opinion by Justice Lang

Steven Garrett Stone was convicted of possession of a controlled substance in an amount of four grams or more but less than 200 grams. Sentence of two years' imprisonment was imposed in open court on October 3, 2012. Appellant filed a timely motion for new trial; therefore, his notice of appeal was due by January 2, 2013. *See* TEX. R. APP. P. 4.1(a), 26.2(a)(2). Appellant's July 3, 2013 notice of appeal is untimely, leaving us without jurisdiction over the appeal. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam). Accordingly, we dismiss the appeal for want of jurisdiction.

/Douglas S. Lang/

DOUGLAS S. LANG
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
130945F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

STEVEN GARRETT STONE, Appellant

No. 05-13-00945-CR       V.

THE STATE OF TEXAS, Appellee

On Appeal from the 219th Judicial District Court, Collin County, Texas
Trial Court Cause No. 219-82000-2011.
Opinion delivered by Justice Lang, Justices Myers and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.


Judgment entered this 17th day of July, 2013.


/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE